IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLOTTE PORTERFIELD                                              PLAINTIFF

v.                              No. 3:16-cv-135-DPM

LIFE INSURANCE COMPANY OF
NORTH AMERICA; CIGNA GROUP
INSURANCE; and THOMAS & BETTS
CORPORATION                                                        DEFENDANTS

ORDER

Stipulations, № 6 & 7, noted. Cigna Group Insurance and Thomas & Betts Corporation are dismissed without prejudice as parties. FED. R. CIV. P. 41(a)(1)(A)(i).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2016